No. 21-1506

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

ROBERT UPDEGROVE, *et al.*,

*Plaintiffs-Appellants*,

v.

JASON S. MIYARES, in his official capacity as
Virginia Attorney General, *et al.*,

*Defendants-Appellees.*

On Appeal from the U.S. District Court, Eastern District of Virginia
Case No. 1:20-cv-01141-CMH-JFA, Judge Claude M. Hilton

## JOINT MOTION TO PLACE APPEAL IN ABEYANCE

JOHN J. BURSCH
ALLIANCE DEFENDING FREEDOM
440 First Street, NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

JONATHAN A. SCRUGGS
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org

CHRISTOPHER P. SCHANDEVEL
JOHANNES S. WIDMALM-DELPHONSE

ANDREW N. FERGUSON
  *Solicitor General*

ERIKA L. MALEY
  *Principal Deputy*
  *Solicitor General*

LUCAS W.E. CROSLOW
  *Deputy Solicitor General*

OFFICE OF THE
  ATTORNEY GENERAL
202 North Ninth Street
Richmond, Virginia 23219
(804) 786-6835

*Attorneys for Defendants-*
*Appellees*

ALLIANCE DEFENDING FREEDOM
44180 Riverside Parkway
Lansdowne, VA 20176
(571) 707-4655
cschandevel@ADFlegal.org
jwidmalmdelphonse@ADFlegal.org

*Attorneys for Plaintiffs-Appellants*

The parties jointly move to place this appeal in abeyance pending the disposition of a Supreme Court case presenting the same constitutional question presented by plaintiff's claim. *See 303 Creative LLC v. Elenis*, No. 21-476, petition for *certiorari* granted, 2022 WL 515867 (Feb. 22, 2022).

Circuit Rule 12(d) permits the Court to "place a case in abeyance pending disposition of matters before . . . other courts which may affect the ultimate resolution of an appeal," and provides that it may do so "either on its own motion or upon request." This Court regularly places cases in abeyance pending binding decisions on an issue in dispute, including when the Supreme Court has granted *certiorari* in a similar case. See, *e.g.*, *United States v. Brown*, 653 F.3d 337, 339 (4th Cir. 2011) (holding in abeyance pending decision in *Freeman v. United States*, 564 U.S. 522 (2011)); *Rangel-Zarazua v. Garland*, No. 18-2403, 2021 WL 4439149, at *2 n.2 (4th Cir. Sept. 28, 2021) (ECF No. 60) (holding in abeyance pending decision in *Pereida v. Wilkinson*, 141 S. Ct. 754 (2021)); *United States v. Al-Muwwakkil*, 983 F.3d 748, 754 (4th Cir. 2020) (ECF No. 46) (holding in abeyance pending the Supreme

1

Court of Virginia's decision in *Davison v. Commonwealth*, Record No. 18-1694).

The Supreme Court in *303 Creative* will determine "[w]hether applying a public-accommodation law to compel an artist to speak or stay silent violates the Free Speech Clause of the First Amendment." *303 Creative v. Elenis*, No. 21-476, 2022 WL 515867 (2022). That same issue is presented here: Appellants contend that "the Virginia Values Act . . . require[s] [Robert] Updegrove to use his photography to convey messages about marriage he does not believe while self-censoring messages he does." App. Br. 3. In addition, the new Attorney General of Virginia recently took office and has not yet expressed any position in this litigation or about Appellants' intended actions. The parties therefore ask the Court to place this case in abeyance pending the Supreme Court's disposition of *303 Creative.*

Respectfully submitted,

| | |
|---|---|
| ROBERT UPDEGROVE and LOUDOUN MULTI-IMAGES LLC, d/b/a Bob Updegrove Photography | JASON S. MIYARES<br>*Attorney General of Virginia*<br><br>R. THOMAS PAYNE, II<br>*Director of the Virginia Division of Human Rights and Fair Housing* |
| By:*/s/ John J. Bursch*<br>JOHN J. BURSCH<br>ALLIANCE DEFENDING FREEDOM<br>440 First Street, NW, Suite 600<br>Washington, DC 20001<br>(616) 450-4235<br>jbursch@ADFlegal.org | By: */s/ Andrew N. Ferguson*<br>ANDREW N. FERGUSON<br>*Solicitor General*<br><br>ERIKA L. MALEY<br>*Principal Deputy Solicitor General* |
| JONATHAN A. SCRUGGS<br>ALLIANCE DEFENDING FREEDOM<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>(480) 444-0020<br>jscruggs@ADFlegal.org | LUCAS W.E. CROSLOW<br>*Deputy Solicitor General*<br><br>OFFICE OF THE ATTORNEY GENERAL<br>202 North Ninth Street<br>Richmond, Virginia 23219<br>(804) 786-6835<br>SolicitorGeneral@oag.state.va.us |
| CHRISTOPHER P. SCHANDEVEL<br>JOHANNES S. WIDMALM-DELPHONSE<br>ALLIANCE DEFENDING FREEDOM<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br>(571) 707-4655<br>cschandevel@ADFlegal.org<br>jwidmalmdelphonse@ADFlegal.org | *Attorneys for Defendants-Appellees* |
| *Attorneys for Plaintiffs-Appellants* | |

3

## Certificate of Compliance

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 336 words. This motion complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook typeface.

　　　　　　　　　　　　　　　　*/s/ Andrew N. Ferguson*
　　　　　　　　　　　　　　　　Andrew N. Ferguson
　　　　　　　　　　　　　　　　*Solicitor General*

## Certificate of Service

I certify that on March 17, 2022, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

   /s/ Andrew N. Ferguson   
Andrew N. Ferguson
*Solicitor General*

5