

August 11, 2023

<u>**VIA CM/ECF**</u>

Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
Lewis F. Powell Jr. Courthouse & Annex
1100 East Main Street, Suite 501
Richmond, VA 23219

      **Re:**    ***Updegrove v. Miyares*, Case No. 21-1506**

Dear Ms. Connor:

     This Court previously ordered the parties to file a status report on settlement discussions by August 14, 2023 (Doc. 91). The parties are continuing to make progress and respectfully request additional time to finalize the settlement. The parties propose to present this Court with terms to resolve this appeal or a status update by September 14, 2023.

                       Sincerely,

                       *s/ Johannes S. Widmalm-Delphonse*

                       Johannes S. Widmalm-Delphonse
                       ALLIANCE DEFENDING FREEDOM
                       44180 Riverside Parkway
                       Lansdowne, VA 20176
                       (571) 707-4655
                       jwidmalmdelphonse@adflegal.org

                       *Attorney for Appellants*

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2023, I electronically filed the foregoing with the

Clerk of the Court for the United States Court of Appeals for the Fourth Circuit by

using the CM/ECF system. I certify that all participants in the case are registered

CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/ Johannes S. Widmalm-Delphonse*
Johannes S. Widmalm-Delphonse
*Attorney for Appellants*
