# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 22, 2023

_____

STATUS REPORT
FOLLOW-UP NOTICE

_____

No.  21-1506,    Robert Updegrove v. Jason Miyares
　　　　　　　　　1:20-cv-01141-CMH-JFA

TO:　Robert Updegrove
　　　Loudoun Multi-Images LLC

**STATUS REPORT DUE:  10/02/2023**

The court previously directed the filing of status reports. We have not received your status report. You must remedy this default by the due date shown. Failure to comply with the court's rules and instructions may result in initiation of disciplinary action under Local Rule 46(g).

Anisha Walker, Deputy Clerk
804-916-2704

Copies:　　Douglas Buffington II
　　　　　　John J. Bursch
　　　　　　Deborah Jane Dewart
　　　　　　Andrew Nathan Ferguson
　　　　　　Steven W. Fitschen
　　　　　　Eden Brooke Heilman
　　　　　　Alice Anne Lloyd
　　　　　　Michael S. Overing
　　　　　　Brittany M.J. Record
　　　　　　Christopher P. Schandevel
　　　　　　Jonathan A. Scruggs
　　　　　　Robert E. Toone Jr.
　　　　　　Johannes Sten Widmalm-Delphonse