FILED: November 6, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1506
(1:20-cv-01141-CMH-JFA)

_____

ROBERT UPDEGROVE; LOUDOUN MULTI-IMAGES LLC, d/b/a Bob Updegrove Photography

   Plaintiffs - Appellants

v.

JASON S. MIYARES, in his official capacity as Virginia Attorney General; R. THOMAS PAYNE, II, in his official capacity as Director of the Virginia Division of Human Rights and Fair Housing

   Defendants - Appellees

------------------------------

INSTITUTE FOR FAITH AND FAMILY; NORTH CAROLINA VALUES COALITION; TYNDALE HOUSE PUBLISHERS, INCORPORATED; THE BRINER INSTITUTE; WHITAKER PORTRAIT DESIGN, INC., d/b/a Christian Professional Photographers; THE NATIONAL LEGAL FOUNDATION; THE FAMILY FOUNDATION; STATE OF WEST VIRGINIA; STATE OF ALABAMA; STATE OF ARIZONA; STATE OF ARKANSAS; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF SOUTH CAROLINA; STATE OF TEXAS; STATE OF UTAH

   Amici Supporting Appellant

AMERICAN CIVIL LIBERTIES UNION; AMERICAN CIVIL LIBERTIES UNION OF VIRGINIA; MASSACHUSETTS; CALIFORNIA; CONNECTICUT; DELAWARE; THE DISTRICT OF COLUMBIA; HAWAII; ILLINOIS; MAINE;

MARYLAND; MICHIGAN; MINNESOTA; NEVADA; NEW JERSEY; NEW MEXICO; NEW YORK; NORTH CAROLINA; OREGON; PENNSYLVANIA; RHODE ISLAND; VERMONT

  Amici Supporting Appellee

-----

O R D E R

-----

  Upon consideration of the motion to voluntarily dismiss this case pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

            For the Court--By Direction

            <u>/s/ Nwamaka Anowi, Clerk</u>